# EXHIBIT

# B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SKY KING SATELLITE, INC.,            )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. - _____
                                     )
ELITE TECHNICIAN                     )
MANAGEMENT GROUP, LLC,               )
                                     )
        Defendant.                   )

## **DECLARATION OF TRAVIS BORN**

1.      My name is Travis Born. I am over 19 years of age.

2.      I am the founder and President of Elite Technician Management Group, LLC ("ETMG"), a limited liability company headquartered in Slidell, Louisiana which was established under the laws of the State of Louisiana. My company, ETMG, is named as the Defendant in the above-referenced litigation, originally filed in the Circuit Court of Montgomery County, Alabama, (the "Litigation").

3.      I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto. I have reviewed and familiar with the allegations of the Complaint filed in the Litigation.

4.      I am a resident and citizen of the State of Louisiana, and have continuously resided in and been a citizen of the State of Louisiana for more than five (5) years.

5.      I am the sole member and manager of Elite Technician Management Group, LLC.

[SIGNATURE PAGE TO FOLLOW]

21637059.1

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED this the 31st day of MARCH, 2023.

*Travis Born*
_____
TRAVIS BORN

2

# Declaration of Travis Born

Final Audit Report                                          2023-03-31

| | |
|---|---|
| Created: | 2023-03-31 |
| By: | Katie Frierson (payroll@elitetmg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgu20wz2OOomPO8GdsK3EHXfg0Xdh5Cws |

## "Declaration of Travis Born" History

📄 Document created by Katie Frierson (payroll@elitetmg.com)
   2023-03-31 - 4:54:01 PM GMT

📧 Document emailed to travis lee (travisborn@hotmail.com) for signature
   2023-03-31 - 4:54:44 PM GMT

📄 Email viewed by travis lee (travisborn@hotmail.com)
   2023-03-31 - 4:56:47 PM GMT

✒️ Document e-signed by travis lee (travisborn@hotmail.com)
   Signature Date: 2023-03-31 - 4:57:11 PM GMT - Time Source: server

✅ Agreement completed.
   2023-03-31 - 4:57:11 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign