# EXHIBIT C

ELECTRONICALLY FILED
3/1/2023 12:51 PM
03-CV-2023-900256.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | Court Case Number<br>**03-CV-2023-900256.00** |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
### SKY KING SATELLITE, INC. V. ELITE TECHNICIAN MANAGEMENT GROUP, LLC

**NOTICE TO:**  ELITE TECHNICIAN MANAGEMENT GROUP, LLC, C/O TRAVIS BORN 56707 BEHRMAN STREET, SLIDELL, LA 70458

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Jerry M Blevins

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 2800 Zelda Road, Suite 200-3, Montgomery, AL 36106

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____ *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

| 02/28/2023 | /s/ GINA J. ISHMAN | By: _____ |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

**x** ☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

Katy F _____ in Saint Tammany _____ County,

*(Name of Person Served)*    *(Name of County)*

Alabama on 1st day of March, 2023 .

*(Date)*

1042 St Scholastica St, Slidell, LA 70460
*(Address of Server)*

Private _____
*(Type of Process Server)*    *(Server's Signature)*

Jessica Warren _____
*(Printed Name)*

803-814-3810
*(Phone Number of Server)*

### 03-CV-2023-900256.00
SKY KING SATELLITE, INC. V. ELITE TECHNICIAN MANAGEMENT GROUP, LLC

| C001 - SKY KING SATELLITE, INC. | v. | D001 - ELITE TECHNICIAN MANAGEMENT GROUP, LLC |
| --- | --- | --- |
| *(Plaintiff)* | | *(Defendant)* |

## SERVICE RETURN COPY



*0101981636*

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY  ALABAMA

**SKY KING SATELLITE, INC.**

Plaintiff/Petitioner

vs.

**Elite Technician management Group, LLC**

Defendant/Respondent

Case Number: **03-CV-2023-900256.00**

Hearing Date:

**Affidavit of Service of: NOTICE OF ELECTRONIC FILING; SUMMONS; COMPLAINT; COVER SHEET CIRCUIT COURT - CIVIL CASE**

Received by **Jessica Warren**, on the **28th day of February, 2023 at 3:18 PM** to be served upon **Elite Technician management Group, LLC c/o Travis Born, Registered Agent** at **56707 Behrman Street, Slidell, Saint Tammany County, LA 70458**.

On the **1st day of March, 2023 at 12:42 PM** I, **Jessica Warren**, SERVED **Elite Technician management Group, LLC c/o Travis Born, Registered Agent** at the address of **56707 Behrman Street, Slidell, Saint Tammany County, LA 70458** via PERSONAL SERVICE, by personally delivering the service, description as follows:

**KATY F,** who accepted service with identity confirmed by subject stating their name, **I delivered the documents to Katy F who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**, A PERSON OF SUITABLE AGE AND DISCRETION who stated they reside at the defendant's/respondent's usual place of abode listed above.

I am a citizen of the United States, over the age of nineteen, not a party to nor interested in the above entitled action and have the proper authority in the jurisdiction in which this service was made and I meet the requirements of Rule 4(i)(1)(B). Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

03/01/2023

Name:----------------------------------------------------------------------------------------------------------------------------------------------------------

Jessica Warren          Server ID#          Date:
; 1042 St Scholastica St
Slidell, LA 70460

Tracking #: **0102049856**

