IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SKY KING SATELLITE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-175-MHT-SMD |
| ELITE TECHNICIAN MANAGEMENT GROUP, LLC, | ) |
| Defendant. | ) |

**PLAINTIFFS AND DEFENDANT'S JOINT MOTION
FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Sky King Satellite, Inc., and Defendant Elite Technician Management Group, LLC, (collectively the "Parties"), by and through their respective attorneys, hereby move this Court for entry of an agreed Protective Order.

The Parties request that this Court enter the Proposed Order, attached hereto as Exhibit A, to protect certain confidential commercial information, as permitted by the Federal Rules of Civil Procedure. The parties have jointly agreed to the submission of the attached Protective Order which has been negotiated in good faith between the Parties.

WHEREFORE, Plaintiff Sky King, Satellite, Inc., and Defendant Elite Technician Management Group, LLC, respectfully move this Court for entry of the attached Protective Order.

Respectfully submitted this the 6th day of July, 2023.

/s/ Tripp DeMoss
One of the Attorneys for Defendant Elite
Technician Management Group

**OF COUNSEL:**

G. Lane Knight
Email: lknight@balch.com
Tripp DeMoss
Email: tdemoss@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically and/or electronic mail upon others on this the 6th day of July, 2023:

Jerry M. Blevins
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106
Telephone: (334) 262-7600
attyjmblev@lawofficeofjerrymblevins.com

                                      */s/ Tripp DeMoss*
                                      Of Counsel

21680969.1