Respectfully submitted this the 6th day of July, 2023.

/s/ Tripp DeMoss
One of the Attorneys for Defendant Elite Technician Management Group

**OF COUNSEL**:

G. Lane Knight
Email: lknight@balch.com
Tripp DeMoss
Email: tdemoss@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

/s/ Jerry M. Blevins (w/permission)
Attorney for Plaintiff Sky King Satellite, Inc.

**OF COUNSEL**:

Jerry M. Blevins
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106
Telephone: (334) 262-7600
attyjmblev@lawofficeofjerrymblevins.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically and/or electronic mail upon others on this the 6th day of July, 2023:

Jerry M. Blevins
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106
Telephone: (334) 262-7600
attyjmblev@lawofficeofjerrymblevins.com

/s/ Tripp DeMoss
Of Counsel