IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SKY KING SATELLITE, INC.,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | CIVIL ACTION NO. |
| v.     ) | 2:23cv175-MHT |
| ) | |
| ELITE TECHNICIAN     ) | |
| MANAGEMENT GROUP, LLC,     ) | |
| ) | |
| Defendants.     ) | |

ORDER

It is ORDERED that the uniform scheduling order (Doc. 13) is modified to the extent that Section 3, "The Parties' Settlement Conference," is replaced with the following language:

> SECTION 3: Mediation. Middle District of Alabama Local Rule 16.1 concerning the *voluntary* nature of the court's mediation program is hereby suspended and the following *mandatory* mediation obligation is to be followed. All other aspects of L.R. 16.1 continue to apply. No later than March 6, 2024, all remaining parties shall mediate this case, with either a private mediator mutually agreeable to the parties (and at a cost to be borne by the parties as they agree) or a magistrate judge free of charge. If the parties choose to mediate by magistrate judge, they shall provide the magistrate judge with

three agreed-upon dates for mediation.  Not more than FIVE BUSINESS DAYS after mediation, counsel shall jointly file a document titled "Notice Concerning Mediation."  This document shall indicate whether settlement or a resolution was reached short of a trial.

DONE, this the 18th day of January, 2024.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE