```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                 NORTHERN DIVISION

SKY KING SATELLITE, INC.,    )
                             )
        Plaintiff,           )
                             )
v.                           )  Case No. 2:23-cv-175-MHT-SMD
                             )
ELITE TECHNICIAN             )
MANAGEMENT GROUP, LLC,       )
                             )
        Defendant.           )
```

## MOTION TO WITHDRAW

**COMES NOW** the undersigned, Jerry M. Blevins, counsel of record for the Plaintiff, Sky King Satellite, Inc., and respectfully moves the Court for permission to withdraw from further representation of the Plaintiff, and in support thereof says as follows:

1. After thirty (30) years of the practice of law, the undersigned has retired and is in the process of closing his office.

2. The undersigned requests permission to withdraw from further representation of the Plaintiff.

3. Plaintiff intends on securing new counsel to assume its representation.

**WHEREFORE** the undersigned requests an order permitting his withdrawal from further representation of the Plaintiff, for reasons set forth herein.

                    /s/ Jerry M. Blevins
                    Jerry M. Blevins (ASB-2138-B65J)
                    Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
E-Mail: ATTYJMBlev@LawOfficeOfJerryMBlevins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

        G. Lane Knight, Esq.
        Tripp DeMoss, Esq.
        Counsels for Defendant
        Balch & Bingham LLP
        P.O. Box 78
        Montgomery, Alabama 36104
        Emails: lnight@balch.com
                tdemoss@balch.com

by electronic transmission and/or by depositing a copy of the same in the U.S. Mail, postage prepaid this the 6th day of February 2024.

                    /s/ Jerry M. Blevins
                    Jerry M. Blevins