IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **SKY KING SATELLITE, INC.,**   )<br>    ) <br>    Plaintiff,    ) <br>    ) <br>    v.    ) <br>    ) <br>**ELITE TECHNICIAN**    ) <br>**MANAGEMENT GROUP, LLC,**   ) <br>    ) <br>    Defendants.    ) | CIVIL ACTION NO.<br>2:23cv175-MHT<br>(WO) |

### ORDER

It is ORDERED that the joint motion to continue the face-to-face settlement conference (Doc. 24) is denied as moot.  On January 18, 2024, the court entered an order replacing Section 3 of the uniform scheduling order, which required a face-to-face settlement conference, with a new provision requiring mediation. *See* Order (Doc. 17).  Moreover, the court has already continued the deadline for mediation to July 5, 2024.

DONE, this the 8th day of March, 2024.

                             /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**