IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SKY KING SATELLITE, INC.,   )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:23cv175-MHT
                            )           (WO)
ELITE TECHNICIAN            )
MANAGEMENT GROUP, LLC,      )
                            )
     Defendants.            )
```

ORDER

Based on the representations made on the record on May 21, 2024, it is ORDERED that:

(1) All parties having agreed to mediation now, the parties are to mediate this case by immediately contacting the magistrate judge and asking for mediation.

(2) In light of mediation, the motion for summary judgment (Doc. 26) is denied with leave to refile after the discovery deadline.

(3) The emergency motion to continue summary judgment briefing deadlines or deny summary judgment

without prejudice and with leave to refile (Doc. 30) is denied.

DONE, this the 21st day of May, 2024.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**